# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 2, 2014

### NO. 03-12-00120-CR

**Donita L. Iselt, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT OF LEE COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND ROSE
AFFIRMED -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.